# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

GAYLON WAYNE JACKSON, JR.,                                      PLAINTIFF
ADC #146798

v.                        4:16CV00216-JLH-JTK

SCOTT HUFFMAN, et al.                                          DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants' Motion for Summary Judgment (Doc. No. 13) is GRANTED, and Plaintiff's Complaint against Defendants is DISMISSED with prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 8th day of March, 2017.

                                           _____
                                           J. LEON HOLMES
                                           UNITED STATES DISTRICT JUDGE