**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

GAYLON WAYNE JACKSON, JR.,                                                              PLAINTIFF
ADC #146798

v.                                    4:16CV00216-JLH-JTK

SCOTT HUFFMAN, et al.                                                                DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 8th day of March, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE